```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
:
LIANE ROBERTSON, :
: Case No. 1:23-cv-08334-VEC
Plaintiff, :
:
-against- :
:
HARTFORD LIFE INSURANCE COMPANY, :
:
Defendant. :
:
------------------------------------------------------------------- x

## ~~PROPOSED~~ ORDER

**WHEREAS** Plaintiff Liane Robertson ("Plaintiff") and Defendant, Hartford Life and Accident Insurance Company ("Hartford Life"), incorrectly named as Hartford Life Insurance Company, by and through their undersigned counsel, filed a Stipulated Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) on January 10, 2024 (the "Stipulated Motion"), seeking to transfer the venue of this case to the United States District Court for the District of Connecticut;

**WHEREAS** this is an action in which the Plaintiff is seeking an award of ERISA-governed long-term disability ("LTD") benefits pursuant to 29 U.S.C. § 1132(a).

**WHEREAS** Plaintiff alleges that she was employed by The Lubrizol Corporation ("Lubrizol") when she claimed her disability began.

**WHEREAS** Plaintiff alleges that she participated in an employee welfare benefit plan sponsored by Lubrizol (the "Plan"), and LTD insurance benefits under the Plan were funded by Group Policy No. GLT-681436 (the "Policy").

**WHEREAS** Plaintiff alleges that she resided in Ohio at all times relevant to this lawsuit.

1

**WHEREAS** the Parties do not dispute that Lubrizol, the Plan Administrator, is located in Ohio.

**WHEREAS** Hartford Life is a Connecticut company with a principal place of business in Connecticut.

**NOW THEREFORE, IT IS ORDERED**, upon due consideration of the Stipulated Motion and all other papers heretofore filed in this action that**:**

1. Pursuant to 28 U.S.C. §1404(a), the Clerk shall transfer forthwith this action to the United States District Court for the District of Connecticut; and

2. Each party shall bear its own costs and attorneys' fees.

ENTERED this <u>11th</u> day of January, 2024

BY THE COURT:

_____
Hon. Valerie Caproni, U.S.D.J